EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Alberto E. Sandoval Rivera

    Demandante-Recurrido


       vs.                  CC-97-445      Certiorari


Caribe Hilton International
H/N/C Hotel Caribe Hilton

    Demandado-Peticionario


SENTENCIA
(En Reconsideración)


San Juan, Puerto Rico, a 25 de octubre de 1999.


El 24 de abril de 1991, el peticionario en reconsideración, Alberto Sandoval Rivera, presentó una demanda sobre discrimen por razón de edad y otras causas de acción contra su patrono, Caribe Hilton International.

Luego de los trámites de rigor, el foro de instancia determinó que Sandoval había sido despedido sin justa causa, por lo que le concedió los beneficios de la Ley Núm. 80 de 30 de mayo de 1976, 29 L.P.R.A. sec. 185 et. seq. Dicho foro, sin embargo, denegó la reclamación por despido discriminatorio por razón de edad.

El 30 de junio de 1997, el Tribunal de Circuito de Apelaciones confirmó el dictamen de instancia en

cuanto al despido injustificado de Sandoval, pero revocó su dictamen de desestimación de la causa de acción por discrimen por razón de edad. Determinó que Sandoval tenía derecho a la indemnización que provee la Ley Núm. 100 de 30 de junio de 1959, 29 L.P.R.A. sec. 148 et. seq. por despido discriminatorio por razón de edad.

El 29 de junio de 1998, mediante una Sentencia, revocamos el dictamen del foro apelativo en lo relativo a la causa de acción por discrimen y reinstalamos el del foro de instancia.

Sandoval entonces acudió ante nos en reconsideración.

Luego de un re-examen cuidadoso de todo el expediente del caso, una mayoría del Tribunal coincide en cuanto a que en el caso de autos: (1) quedó debidamente activada una presunción de despido por discrimen por razón de edad a favor de Sandoval; y, (2) que el patrono Caribe Hilton International no rebatió la presunción referida. Por lo anterior, el juzgador venía obligado a aceptar la existencia del hecho presumido y dictar sentencia conforme a ello.

Por los fundamentos expuestos, se reconsidera nuestro dictamen anterior, se deja sin efecto nuestra Sentencia del 29 de junio de 1998, y se confirma la del Tribunal de Circuito de Apelaciones del 30 de junio de 1997. Se devuelve el caso al foro de instancia para que continuen los procedimientos conforme a lo aquí resuelto.

Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo.

El Juez Asociado señor Fuster Berlingeri emitió opinión de conformidad, a la que se une el Juez Asociado señor Hernández Denton. La Juez Asociada señora Naveira de Rodón emitió opinión concurrente, a la que se une el Juez Presidente señor Andréu García. El Juez Asociado señor Negrón García emitió opinión disidente. Los Jueces Asociados señores Rebollo López y Corrada del Río disienten sin opinión escrita.

Isabel Llompart Zeno